# UNITED STATES DISTRICT COURT
## Southern District of Illinois

FILED
DEC 17 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA
v.
Donald R. Mitchell

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:02CR40037-001-JPG
USM No. 0547-025

Melissa A. Day, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _as alleged below_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant possessed ammunition | 06/21/2012 |
| Statutory | The defendant committed the offense of Unlawful Manuf., Unlawful Possesion & Unlawful Disposal of Methamphetamine Drug paraaphernalia and Meth Manufacturing Waste | 06/21/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7716

Defendant's Year of Birth: 1959

City and State of Defendant's Residence:
Raleigh, IL 62977

12/14/2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

J. Phil Gilbert                District Judge
Name and Title of Judge

December 17, 2012
Date

DEFENDANT: Donald R. Mitchell
CASE NUMBER: 4:02CR40037-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Statutory | The defendant possessed Methamphetamine and bath salts | 06/21/2012 |
| Standard # 7 | The defendant possessed paraphernalis related to use of controlled substance | 06/21/2012 |

AO 245D Case 4:02-cr-40037-JPG Document 69 Filed 12/17/12 Page 3 of 3 Page ID #93
(Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: Donald R. Mitchell
CASE NUMBER: 4:02CR40037-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

30 months. This sentence is to run consecutive to the undischarged state court sentence the defendant is now serving.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL